STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY - IN PROBATE

In the Matter of the Estate of :

Case Number : 2018 P 000205

JERRY L. LAURIC
  Deceased

## LETTERS OF OFFICE - DECEDENT'S ESTATE

__JEFFREY J. LAURIC__ has been appointed
    ___ Executor
    ✓ Independent Executor

of the estate of __JERRY L. LAURIC__ , deceased, who died __4/08/2016__

and is authorized to take possession of and collect the estate of

the decedent, and to do all acts required of him by law.

Witness, 3/27/2018

*Andrea Lynn Chasteen*

(Seal of Court)    Clerk of the Circuit Court

### CERTIFICATE

I certify that this is a copy of the letters of office now in force in the estate.

Witness,_____

(Seal of Court)    Clerk of the Circuit Court

---

Name    : THOMAS F. BOLEKY
           Attorney for Petitioner
Address : CORBOY & DEMETRIO P.C.
           33 NORTH DEARBORN STREET
           21ST FLOOR
City    : CHICAGO    IL 60602
Telephone :
JLB



EXHIBIT B

03/28/18 10:02:43 RVJC

REQUEST RECEIVED ON-TBOLEKY@BHBTRIALLAW.COM-05/16/2018 01:10:10 PM DOCUMENT SUPPLIED ON 05/17/2018 09:51:36 AM # 17197156140